# Exhibit 3

Messages between Caprice Foster and Marcus Foster, dated 7/9/2018



