# Exhibit 4

Messages between Caprice Foster and Marcus Foster, dated 6/2/2019

