# Exhibit 9

Messages between Caprice Foster and Marcus Foster, dated 6/4/2020







