# Exhibit 10

Messages between Caprice Foster and Marcus Foster regarding Mail Theft

9/10/2018:



5/11/2020



5/13/2020



6/1/2020



6/3/2020

