# Exhibit 11

Messages between Caprice Foster and Marcus Foster regarding Communications with Realtor

5/21/2020



5/23/2020



5/25/2020



5/29/2020



6/5/2020



6/12/2020

