# Exhibit 13

## smoking violation

| | |
|---|---|
| **From:** | g█████████ <█████g████@gmail.com> |
| **To:** | ██████@lcor.com |
| **Date:** | Mon, 08 Apr 2019 22:08:09 -0400 |

Good evening,

I am just returning from being in the hospital this evening when I recieved these unfounded violation.
1. My daughters never ever smoke they are too young and both have asthma we currently have a breathing machine here in the appartment so I don't know who is making this up.
my daughters arrived to the letter along with my nephew they weren't even here all day they were at the hospital with me .

I never smoke and neither do my children or any guest that come to visit . You can send a maintenance person here to inspect the unit. My mother died of second hand smoke cancer .

I was diagnosed with stage 3 breast cancer and have been battling this fight for a year. I understand you have a job to do but I do feel this is being a little harsh on my family. Money isn't everything and while I've been having my surgery and treatment I wasn't able to pay the rent.  I am going threw a lot and when the govt had the shut down it took my finances back more then I expected. I am doing everything I physically can to save my home.

My nephew didn't want to tell me what was going on while I was in the hospital because the doctors stated I couldn't handle it .
I was hoped that you would ad least work with me . No one wants to be put out at any time and especialy while there battling cancer . I wouldn't wish this on any one.

But again I don't and no one in my house hold ,nor guest smokes at all. We weren't even home at all today . My children and I arrived today at 5:30 pm

So I need this violation to be redacted it isn't true at all no one smokes at all in my unit.
I'm asking you to please work with me . I'm trying really hard to pay what I owe and bring my balance current . I don't have help accept my nephew and he doesn't live in Va. Its all on me . I'm sorry I've been unresponsive but i passed out at work and was taken to the hospital I've been there ever since.

I'm asking you and praying you find it in your heart to please work with my family during this time.  While I was in the hospital all I could think about was the cancer getting the best of me and my girls being  all by themselves at home .

Sincerely,
G████