# Exhibit 5



# City of Alexandria, Virginia
## Sheriff's Office



## MEMORANDUM

DATE:     AUGUST 9, 2022

TO:       WHOM IT MAY CONCERN

FROM:     CHRISTINE FARROW
          INMATE CLASSIFICATION COUNSELOR

SUBJECT:  PROGRAM PARTICIPATION REPORT

RE:       CAPRICE FOSTER

Inmate Foster has been incarcerated at the William G. Truesdale Adult Detention Center since July 8, 2020. She is currently housed in the program unit at the minimum-security custody level. She has completed and/or is currently enrolled in the following programs: 1) LEAD – Women's Re-Entry Program, 2) Workplace/OSHA Program, 3) Bible Class, 4) LEAD-Restoring Resilience 5) Project Connection Family, and 6) REVIVE! Opioid Overdose Narcan Training. If you have any other questions or concerns regarding Inmate Foster's program status, I may be reached at 703-746-5082.

Christine Farrow
Classification Counselor

**DEFENDANT'S EXHIBIT 5**