# SENTENCING MINUTES

| | |
|---|---|
| Date: 10/14/2022 | Judge: **T.S. ELLIS III** |
| | Reporter: R. Stonestreet |
| | Time: 01:39 p.m. – 03:02 p.m. |
| | 03:25 p.m. – 04:10 p.m. |
| | ( 02:08 ) |
| | Case Number: 1:20-cr-00178-TSE-1 |

UNITED STATES OF AMERICA              Counsel/Govt:  Heidi Gesch

v.

**CAPRICE FOSTER**                    Counsel/Deft:  Nina Ginsberg

- Gov't objects to the PO failure to apply the 2-level aggravating role enhancement under USSG § 3B1.1(c) and request a sentence w/n the g/l range.

- Defense objects to the three (3) 2-level enhancements: (i) Unauthorized use of identification pursuant to USSG § 2B1.1(b)(11)(C); (ii) Sophisticated mean pursuant to USSG § 2B1.1(b)(10)(C); and (iii) Abuse of Trust pursuant to USSG § 2B1.3(c) and argues for a sentence of 24 months w/3 SR year term.

- The Court overrules all 4 objections and adopts the PSR w/o exceptions.

**SENTENCING GUIDELINES:**
Offense Level:  26
Criminal History:  IV
Imprisonment Range:  92 to 115 months
Supervised Release Range:  1 to 3 years
Fine Range: $567,418
Restitution $283,709
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 80 months with credit for time served as computed by the BOP pursuant to statute.
- Supervised Release for 3 Years, with special conditions: participate in mental health treatment.
- Restitution of $283,709 due immediately/ monthly installments of $100 to begin w/in 60 days of release from custody; interest waived.
- No punitive fines/costs of incarceration/costs of supervision imposed.
- Special Assessment $100
- Defendant advised she may have the right to appeal.

- Court rules defendant to remain at ADC until further order of the Court.

- Consent Order of Forfeiture and Restitution Order entered in open court.

**RECOMMENDATIONS to BOP**:
| | |
|---|---|
| X | Dft. To be designated to:  a facility at Alderson, WV to accommodate her medical needs and to be near her family. |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other: ___ |

Deft: ( X ) Remanded     (  ) Cont'd on Bond to Self-Surrender     (  ) Referred to USPO     (  ) Immediate Deportation